EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                | 2005 TSPR 153   |
|-----------------------|-----------------|
| Miguel Deynes Soto    | 165 DPR _____   |

Número del Caso: CP-1998-17

Fecha: 24 de octubre de 2005

Abogado del Querellado:

Lcdo. Pedro E. Ortiz Álvarez

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel Deynes Soto

                            CP-1998-17


RESOLUCION

San Juan, Puerto Rico, a 24 de octubre de 2005.

Examinada la "Moción Para Solicitar Reinstalación" del señor Miguel Deynes Soto y los documentos de su expediente se declara con lugar. Se reinstala al ejercicio de la abogacía, tal y como fue solicitado, por haber cumplido el término de la suspensión decretada.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton y la Jueza Asociada señora Fiol Matta no intervinieron.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo